IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DERRICK WILLIAMS

    Petitioner,

-vs-

KIMBERLY BUTLER,

    Respondent.                    No. 15-cv-120-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on June 24, 2015 (Doc. 15), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DISMISSED with prejudice.**

                            JUSTINE FLANAGAN,
                            ACTING CLERK OF COURT


                            BY:  s/*Caitlin Fischer*
                                      **Deputy Clerk**

**DATED:** June 24, 2015

Digitally signed by David R. Herndon
Date: 2015.06.24 11:37:00 -05'00'

**APPROVED:**
    **U.S. DISTRICT JUDGE**
    **U. S. DISTRICT COURT**